Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Esq. (Utah SBN 7185)
Jed H. Hansen, Esq. (Utah SBN 10679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Attorneys for Plaintiff
CytoSport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MONSTER MUSCLE, INC., a New York business entity; and DOES 1-10,<br><br>            Defendants. | Case No.: 2:11-CV-01147-WBS-DAD<br><br>**APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;**<br><br>**ORDER CONTINUING JOINT SCHEDULING CONFERENCE**<br><br>DATE:   August 22, 2011<br>TIME:    2:00 p.m.<br>CTRM.:  5<br><br>Senior United States District Judge<br>William B. Shubb |

### APPLICATION

By order dated April 28, 2011, this matter was set for an Initial Scheduling Conference to be heard on August 22, 2011 at 2:00 p.m.

Immediately after this action was filed, defendant was contacted through counsel. A settlement dialogue ensued, and has continued in earnest since the initial contact was made. Those



APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE; [PROPOSED] ORDER

discussions have matured to the point where a settlement agreement has been drafted by plaintiff's counsel and is under review and consideration by the defendant. We are hopeful that the matter will be resolved without the necessity of an appearance by defendant. While recognizing that we are in arrears of the court-ordered schedule for a Joint Status Report, we believe that these circumstances warrant a 60-day postponement of the Pretrial Scheduling Conference, and respectfully request that the Court order that the scheduling conference be continued for approximately 60 days. We are hopeful that a voluntary dismissal will precede the new conference date.

DATED: August 8, 2011

>	Peter M. de Jonge
> Jed H. Hansen
> **THORPE NORTH & WESTERN, L.L.P.**
>
> *-and-*
>
> **MILLSTONE, PETERSON & WATTS, LLP**
> *Attorneys at Law*
>
> By:	/s/ Glenn W. Peterson
> 	GLENN W. PETERSON
>
> Attorneys for Plaintiff
> CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

## ORDER

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to October 31, 2011, at 2:00 p.m. If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than seven (7) days prior to the conference date.

SO ORDERED.

DATED: August 4, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE