Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Esq. (Utah SBN 7185)
Jed H. Hansen, Esq. (Utah SBN 10679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Attorneys for Plaintiff
CytoSport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYTOSPORT, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> MONSTER MUSCLE, INC., a New York business entity; and DOES 1-10, <br><br> Defendants. | Case No.: 2:11-CV-01147-WBS-DAD <br><br> **(SECOND) APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;** <br><br> **[~~PROPOSED~~] ORDER CONTINUING JOINT SCHEDULING CONFERENCE** <br><br> DATE:   October 31, 2011 <br> TIME:    2:00 p.m. <br> CTRM.:  5 <br><br> Senior United States District Judge <br> William B. Shubb |
|---|---|

## **APPLICATION**

By order dated April 28, 2011, this matter was set for an Initial Scheduling Conference to be heard on August 22, 2011 at 2:00 p.m.  On August 4, 2011, we applied to continue the scheduling conference to October 31, 2011.  The application was granted by order of this court entered



1  August 4, 2011 [Doc. 8].  By way of this second application, we now seek an additional 60-day
2  extension of the conference date for the reasons set forth below.

3      Immediately after this action was filed, defendant was contacted through counsel in New
4  York.  A settlement dialogue ensued, and has continued in earnest since the initial contact was made.
5  As a precautionary measure, we effectuated service of the summons and filed proof thereof on
6  September 15, 2011 [Doc. 9].

7      Defense counsel has indicated a strong preference to resolve this action without the necessity
8  of filing an appearance or a stipulated judgment.  Plaintiff's counsel is doing everything possible to
9  accommodate that preference.  Settlement negotiations have continued in earnest and we are hopeful
10 that this matter will be concluded without the necessity of further court filings, except of course the
11 request for dismissal.  While recognizing that we are in arrears of the court-ordered schedule for a
12 Joint Status Report, we believe that these circumstances warrant a 60-day postponement of the
13 Pretrial Scheduling Conference, and respectfully request that the Court order that the scheduling
14 conference be continued for approximately 60 days.  We are confident that a voluntary dismissal will
15 precede the new conference date.

16 DATED: October 21, 2011

Peter M. de Jonge
Jed H. Hansen
**THORPE NORTH & WESTERN, L.L.P.**

*-and-*

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*


By:_____/s/ Glenn W. Peterson_____
        GLENN W. PETERSON

Attorneys for Plaintiff
CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

**ORDER**

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to **December 12, 2011 at 2:00 p.m.** If joint scheduling remains an issue at that time, a joint status report shall be filed no later than **November 28, 2011.**

**SO ORDERED.**

DATED:   October 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE