1  Glenn W. Peterson, Esq. (SBN 126173)
2  **MILLSTONE, PETERSON & WATTS, LLP**
   2267 Lava Ridge Court, Suite 210
3  Roseville, CA 95661
   Telephone: (916) 780-8222
4  Fax No: (916) 780-8775

5  Peter M. de Jonge, Esq. (Utah SBN 7185)
   Jed H. Hansen, Esq. (Utah SBN 10679)
6  **THORPE NORTH & WESTERN, LLP**
7  8180 South 700 East, Suite 350
   Sandy, Utah 84070-0562
8  Telephone: (801) 566-6633
   Facsimile: (801) 566-0750
9
10 Attorneys for Plaintiff
   CytoSport, Inc.

11
12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA

| CYTOSPORT, INC., a California corporation, | Case No.: 2:11-CV-01147-WBS-DAD |
|---|---|
| Plaintiff, | **(THIRD) APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;** |
| v. | **[PROPOSED] ORDER CONTINUING JOINT SCHEDULING CONFERENCE** |
| MONSTER MUSCLE, INC., a New York business entity; and DOES 1-10, | |
| Defendants. | DATE:   February 21, 2012<br>TIME:   2:00 p.m.<br>CTRM.:  5 |
| | Senior United States District Judge<br>William B. Shubb |

## APPLICATION

By order dated April 28, 2011, this matter was set for an Initial Scheduling Conference to be heard on August 22, 2011 at 2:00 p.m.

/ / /

/ / /



THIRD APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE; [PROPOSED] ORDER

1  On August 4, 2011, we applied to continue the scheduling conference to October 31, 2011.
2  The application was granted by order of this court entered August 4, 2011 [Doc. 8] and continued to
3  October 31, 2011.

4  On October 24, 2011, we applied to continue the scheduling conference to December 12,
5  2011.  The application was granted by order of this court entered October 24, 2011 [Doc. 11].

6  On December 6, 2011, we requested the Clerk enter default judgment against Defendant
7  Monster Muscle [Doc. 12].  Shortly thereafter on December 9, 2011, we received by email
8  notification from the Court of the "Clerk's Certificate of Entry of Default" [Doc. 13].

9  By way of this third application, we now seek an additional 60-day extension of the
10  conference date to enable us to file a Motion for Default Judgment to be heard before this court.

11  While recognizing that we are in arrears of the court-ordered schedule for a Joint Status
12  Report, we believe that these circumstances warrant a 60-day postponement of the Pretrial
13  Scheduling Conference, and respectfully request that the Court order that the scheduling conference
14  be continued for approximately 60 days.  We are confident that judgment will be entered prior to the
15  new conference date.

DATED: February 16, 2012

Peter M. de Jonge
Jed H. Hansen
**THORPE NORTH & WESTERN, L.L.P.**

*-and-*

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*


By:      /s/ Glenn W. Peterson
            GLENN W. PETERSON

Attorneys for Plaintiff
CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson

**ORDER**

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to **May 29, 2012 at 2:00 p.m.**. If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than **May 15, 2012.**

**SO ORDERED.**

DATED:   February 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE