Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Esq. (Utah SBN 7185)
Jed H. Hansen, Esq. (Utah SBN 10679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Attorneys for Plaintiff
CytoSport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER MUSCLE, INC., a New York business entity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:11-CV-01147-WBS-DAD<br><br>**PLAINTIFF'S STATUS REPORT; APPLICATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE;**<br><br>**[PROPOSED] ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>DATE:   May 29, 2012<br>TIME:    2:00 p.m.<br>CTRM.:  5<br><br>Senior United States District Judge<br>William B. Shubb |

Plaintiff CytoSport, Inc. ("Plaintiff"), by and through its counsel of record, hereby files this unilateral status report pursuant to the Court's Order dated February 17, 2012 [Doc. 16].

/ / /

1   By said Order, this matter was set for a Status (Pretrial) Scheduling Conference (hereinafter
2   referred to as the "Conference") at 9:00 a.m. on May 29, 2012.  Default has been entered in this
3   matter, and as such, Plaintiff requests that the Conference date be postponed to a date convenient to
4   the Court, but not less than 60 days to enable Plaintiff's Motion for Default Judgment to be heard (to
5   be filed forthwith and noticed to be heard on June 18, 2012 in Courtroom 5 at 2:00 p.m.).

## PLAINTIFF'S STATUS REPORT

7   The Court may recall that, on several prior occasions, the JSR filings were postponed at the
8   parties' request to accommodate continuing settlement discussions.  Those discussions matured to a
9   point where a settlement agreement was drafted by Plaintiff's counsel and provided to defense
10  counsel.  For reasons that are still unknown to us, the communications broke down—so much so that
11  we had to press defense counsel to either respond to the proposed agreement or answer the
12  complaint.  They did neither, which resulted in our obtaining entry of default last December.  Even
13  after that, we continued to reach out to defense counsel, not only with hopes of restoring a settlement
14  dialogue, but also consistent with our obligations in law to assure that there was no "intent to
15  defend" this action.  At this point, we are now convinced that settlement prospects are completely
16  dead and that the Defendant has no intention of defending this action and no intent to seek relief
17  from the default.  Accordingly, we have scheduled our Motion for Default Judgment, which will be
18  filed forthwith and is noticed to be heard on June 18, 2012 in Courtroom 5 at 2:00 p.m.  To
19  accommodate this motion, we ask that the Court either continue the Conference to a date sufficiently
20  after June 18 to allow that the motion may be under submission for a brief period of time following
21  the hearing.

## APPLICATION

23  By order dated April 28, 2011, this matter was set for an Initial Scheduling Conference to be
24  heard on August 22, 2011 at 2:00 p.m.
25  On August 4, 2011, we applied to continue the Conference to October 31, 2011.  The
26  application was granted by order of this court entered August 4, 2011 [Doc. 8] and continued to
27  October 31, 2011.
28  / / /

On October 24, 2011, we applied to continue the Conference to December 12, 2011. The application was granted by order of this court entered October 24, 2011 [Doc. 11].

On December 6, 2011, we requested the Clerk enter default judgment against Defendant Monster Muscle [Doc. 12]. Shortly thereafter on December 9, 2011, we received by email notification from the Court of the "Clerk's Certificate of Entry of Default" [Doc. 13]. For the foregoing reasons, we respectfully request a final postponement of the Conference, knowing that the date will be mooted by entry of a default judgment against the Defendant.

A proposed order has been lodged herewith.

*Respectfully submitted,*

DATED: May 15, 2012

Peter M. de Jonge
Jed H. Hansen
**THORPE NORTH & WESTERN, L.L.P.**
*-and-*
**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*


By: _____/s/ Glenn W. Peterson_____
       GLENN W. PETERSON

Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson

## **ORDER**

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to **August 6, 2012 at 2:00 p.m. in Courtroom 5, 14th Floor**. If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than **July 23, 2012**.

**SO ORDERED.**

DATED:  May 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S STATUS REPORT; APPLICATION TO CONTINUE CONFERENCE; [PROPOSED] ORDER