Glenn W. Peterson, Esq. (SBN 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Peter M. de Jonge, Esq. (Utah SBN 7185)
Jed H. Hansen, Esq. (Utah SBN 10679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Attorneys for Plaintiff
CytoSport, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSTER MUSCLE, INC., a New York business entity; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:11-CV-01147-WBS-DAD<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>DATE:　June 29, 2012<br>TIME:　10:00 a.m.<br>CTRM.:　27<br><br>Hon. Magistrate Judge Dale A. Drozd<br><br>Complaint Filed:　April 27, 2011<br>Complaint Served:　September 9, 2011<br>Default Entered:　December 9, 2011 |

**TO DEFENDANT MONSTER MUSCLE, INC. AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on June 29, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Magistrate Dale A. Drozd in Courtroom 27 of the above-entitled Court, located at 501 "I" Street, Sacramento, California, Plaintiff CytoSport, Inc. ("Plaintiff") will present its application for a default judgment against defendant Monster Muscle,



Inc. (hereinafter "Defendant").  The clerk has previously entered the default of Defendant on December 9, 2011.  [Doc. 13]  At the time and place of hearing, Plaintiff will present proof of the following matters:

 1. Defendant is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

 2. Defendant has not appeared in this action;

 3. Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the complaint, to wit:

  A. That the Court enter judgment declaring that Defendant's use of the terms Monster Muscle, Monster Science, and MonstersFood is likely to cause confusion with the CytoSport Monster Family of Trademarks and results in trademark infringement in violation of the Lanham Act (15 U.S.C. § 1114(a)) and Cal. Bus. & Prof. Code § 14245;

  B. That the Court enter judgment declaring that Defendant's use of the terms Monster Muscle, Monster Science, and MonstersFood is likely to cause confusion with the CytoSport Monster Family of Trademarks and results in unfair competition in violation of the Lanham Act (15 U.S.C. § 1125(a)) and Cal. Bus. & Prof. Code § 17200 and the common law;

  C. That the Court enter judgment declaring that Defendant's use of the terms Monster Muscle, Monster Science, and MonstersFood is likely to cause dilution of CytoSport's Monster Family of Trademarks pursuant to the Lanham Act (15 U.S.C. § 1125(c)) and Cal. Bus. & Prof. Code § 14247;

  D. That the Court enter judgment declaring that Defendant's use and registration of the domain name www.monstersfood.com is a violation of the Lanham Act (15 U.S.C. § 1125(d)) and that Defendant be required to transfer the subject domain name to CytoSport;

  E. That the Court preliminarily and permanently enjoin Defendant from using in commerce any mark that infringes or competes unfairly with CytoSport's Monster Family of Trademarks;

  F. That Defendant be ordered to conduct corrective advertising to correct consumer confusion;

   G. That Defendant be ordered to pay CytoSport's reasonable attorneys' fees and costs associated with this action pursuant to the Lanham Act and/or state statutes in the amount of $16,608.63; and

   H. That Defendant be required to pay prejudgment and post-judgment interest until such awards are paid.

  4. The relief sought is more fully set forth in the attached declaration of Glenn W. Peterson, and the pleadings, files and other matters that may be presented at the hearing.

  This motion is based on this Application; the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment; the Declarations of Glenn W. Peterson and Peter M. de Jonge, all pleadings, records and papers on file in this action; and upon such oral and documentary evidence that may be presented at the time of hearing on this motion.

DATED: June 1, 2012

            **MILLSTONE, PETERSON & WATTS, LLP**
            *Attorneys at Law*

            By: /s/ Glenn W. Peterson
              GLENN W. PETERSON

            Attorneys for Plaintiff
            CytoSport, Inc.

  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
/s/ Glenn W. Peterson