IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYTOSPORT, INC., a California corporation,

        Plaintiff,                      No. 2:11-cv-1147 WBS DAD

    v.

MONSTER MUSCLE, INC., a            ORDER
New York business entity,

        Defendant.
_____/

        This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

        On January 23, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections were to be filed within fourteen days after the filing of the findings and recommendations. The fourteen-day period has expired and no objections to the findings and recommendations have been filed.

        It appears that neither plaintiff nor defendant have much, if any, interest in this case. Although it appears that defendant was properly served with process, it has not bothered to appear, either to respond to the allegations of the complaint or even to contest personal jurisdiction. Plaintiff, although it made the effort to request a default judgment, has utterly failed to respond to the magistrate

1

judge's Order of December 14, 2012, to submit a supplemental memorandum addressing the issue of whether the court has personal jurisdiction over the defendant.  Both sides, in other words, appear satisfied to let the magistrate judge independently do all the research on this pivotal question.  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2013 (Doc. No. 39) are adopted in full;

2. Plaintiff's June 1, 2012 motion for default judgment (Doc. No. 20) is DENIED; and

3. This action is hereby DISMISSED.

DATED:  February 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE