# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CYTOSPORT, INC.,**

CASE NO: **2:11–CV–01147–WBS–DAD**

v.

**MONSTER MUSCLE, INC.,**

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/13/13**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **February 13, 2013**

by: /s/ R. Becknal
Deputy Clerk